IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Estate of Shawn Desmond Woodward )<br>By and through Jennett Merida, )<br>Administrator, )<br>)<br>    Plaintiff, )<br>) CIVIL ACTION<br>vs. )<br>) CASE NO. CV-10-236-WS-M<br>Washington County, Alabama, et al, )<br>)<br>    Defendants. ) | |

### DEFENDANT, WASHINGTONCOUNTY E-911 COMMISSION'S
### OFFER OF JUDGMENT

Comes now Defendant Washington County E-911 Commission, Defendant in the above referenced matter and pursuant to Rule 68 of the Federal Rules of Civil Procedure offers to allow the Plaintiff, Estate of Shawn Desmond Wooward to obtain a judgment against it in the above styled cause in the amount of TWENTY-FIVE THOUSAND AND 00/100 ($25,000.00) with costs then accrued. This Offer of Judgment shall remain open for a period of fourteen (14) days after which time it shall be deemed withdrawn.

Respectfully submitted,

_/s/ Mark R. Ulmer_
MARK R. ULMER, ESQ. (ULMEM7281)
As Attorney for Defendants,
Washington County E-911 Commission
Chief Deputy Sheriff Terry Beasley

OF COUNSEL:

ULMER, HILLMAN & BALLARD
Post Office Box 66196
Mobile, Alabama 36660
Telephone: 251/473-4228

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the _12th_ day of April, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronically filing the foregoing with the Court, using the CM/ECF filing system, and/or U. S. Mail, properly addressed, postage prepaid to:

Mack B. Binion, Esquire
S. Joshua Briskman, Esq.
Briskman & Binion, PC
P. O. Box 43
Mobile, Alabama 36601

William D. Montgomery, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
107 St. Francis St., Suite 2515
Mobile, Alabama 36602

_/s/ Mark R. Ulmer_
MARK R. ULMER (ULMEM7281)